**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Robert L McKinney                          Chapter 13
Allison M. McKinney

      Debtor    Bankruptcy No. 14-12764-JKF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW,** this ___18___ day of ___September___, 2014, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED,** that any wage orders are hereby vacated.

                Jean K. Fitzsimon
                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #302
PHILADELPHIA, PA 19107-

Debtor:
Robert L McKinney
Allison M. McKinney
1009 Hollywood Place

Darby, PA 19023